UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| AGNIESZKA KORSAK, | ) | CASE NO. 18-04736 |
| | ) | |
| DEBTOR. | ) | HON. LASHONDA A. HUNT |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Wednesday, October 31, 2018, at 10:00 a.m.**, I shall appear before the Honorable LaShonda A. Hunt, Bankruptcy Judge in Courtroom 719, at the Everett McKinley Dirksen Federal Building, 219 S. Dearborn Street, Chicago, or any other Bankruptcy Judge who may be sitting in her place and shall present a **Motion of the United States Trustee to Approve Voluntary Waiver of Discharge**, a copy of which is attached and is served on you.

/s/ *M. Gretchen Silver*
M. Gretchen Silver, Attorney
OFFICE OF THE U.S. TRUSTEE
219 South Dearborn Street, Room 873
Chicago, Illinois 60604
(312) 353-5054

## CERTIFICATE OF SERVICE

I, M. Gretchen Silver, an attorney, state that on October 18, 2018, pursuant to Local Rule 9013-1(D) the **Notice of Motion** and **Motion of the United States Trustee to Approve Voluntary Waiver of Discharge** were filed and served on all parties, either via the Court's Electronic Notice for Registrants or via First Class Mail, as indicated on the service list below.

/s/ *M. Gretchen Silver*

# SERVICE LIST

**Registrants Served Through the Court's Electronic Notice:**

- N. Neville Reid    nreid@foxswibel.com, nreid@ecf.epiqsystems.com
- Michael J Worwag    mjworwag@gmail.com

**Parties Served via First Class Mail:**

Agnieszka Korsak
8919 Oketo Avenue
Morton Grove, IL 60053

Mercedes-Benz Financial Services USA LLC
c/o BK Servicing LLC
PO Box 131265
Roseville, MN 55113

PRA Receivables Management LLC
PO Box 41021
Norfolk, VA 23541

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| AGNIESZKA KORSAK, | ) | CASE NO. 18-04736 |
| | ) | |
| DEBTOR. | ) | HON. LASHONDA A. HUNT |

**MOTION OF THE UNITED STATES TRUSTEE TO**
**APPROVE VOLUNTARY WAIVER OF DISCHARGE**

NOW COMES Patrick S. Layng, the United States Trustee for the Northern District of Illinois (hereinafter referred to as the "U.S. Trustee"), by his attorney, M. Gretchen Silver, and moves this Court, pursuant to 11 U.S.C. § 727(a)(10) to approve the waiver of discharge executed by the Debtor, Agnieszka Korsak (the "Debtor"), and for other relief. In support thereof, the U.S. Trustee states:

1. This is a core proceeding concerning the administration of the estate pursuant to 28 U.S.C. § 157(b)(2)(A) which this Court may hear and determine pursuant to Internal Operating Procedure 15(a) and Local Rule 40.3.1 of the United States District Court for the Northern District of Illinois.

2. A voluntary bankruptcy proceeding was filed by the Debtor on February 21, 2018. N. Neville Reid was appointed the Chapter 7 trustee for the case. Debtor's counsel is Michael J. Worwag.

3. The Debtor, after consulting with counsel, has agreed to waive her discharge under 11 U.S.C. §727(a)(10) and has executed such a waiver, a copy of which is attached as Exhibit A.

1

WHEREFORE, the U.S. Trustee respectfully requests that this Court enter an order approving the Debtor's waiver of discharge under 11 U.S.C. §727(a)(10) and for any further relief that this Court deems just and equitable.

RESPECTFULLY SUBMITTED:

PATRICK S. LAYNG
UNITED STATES TRUSTEE

DATED: October 18, 2018          By:   /s/ *M. Gretchen Silver*
                                       M. Gretchen Silver, Attorney
                                       OFFICE OF THE U.S. TRUSTEE
                                       219 South Dearborn Street, Room 873
                                       Chicago, Illinois  60604
                                       (312) 353-5054