UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| Agnieszka Korsak, | ) | CASE NO. 18-04736 |
| | ) | |
| DEBTOR. | ) | HON. LaShonda A. Hunt |

## VOLUNTARY WAIVER OF DISCHARGE

Agnieszka Korsak, (the "**Debtor**"), intending to waive any discharge she may be entitled to in the above-captioned bankruptcy proceeding, under penalty of perjury pursuant to 28 U.S.C. § 1746, states as follows:

1. I, Agnieszka Korsak, pursuant to 11 U.S.C. §727(a)(10), waive my discharge in the above-captioned bankruptcy proceeding.

2. I represent that: (a) I have executed this Waiver voluntarily, after consultation with my counsel, Michael Worwag; (b) this Waiver represents a conscious and informed judgment to waive my discharge in bankruptcy in the above-captioned bankruptcy proceeding; (c) I am aware of the consequences of entering into this Waiver; and (d) I specifically understand that all of my debts and obligations which existed as of the date that I filed this bankruptcy proceeding, whether or not such debts and obligations were listed on my schedules, shall not be dischargeable in this or in any future bankruptcy proceeding which I may file.

1

# EXHIBIT A

3. This Waiver is being executed in accordance with 11 U.S.C. §727(a)(10).

Respectfully submitted,

**Agnieszka Korsak**

By: _/s/_ Attorney for Debtor

By: _/s/ Agnieszka Korsak_ Debtor

**APPROVED PURSUANT TO 11 U.S.C. §727(a)(10) OF THE BANKRUPTCY CODE:**

By: _____
United States Bankruptcy Judge

*The Clerk is directed to serve notice to all creditors that the debtor herein has been denied his discharge.*

2

**EXHIBIT A**